Leon B. Silver (SBN: 012884)
Andrew S. Jacob (SBN: 022516)
**GORDON & REES LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2460
Facsimile: (602) 265-4716
lsilver@gordonrees.com
ajacob@gordonrees.com

*Attorneys for Defendants/Crossclaim Defendants*
*Bruce Lichorowic & Linda Durnell*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ham Knee, LLC, | CASE NO.  2:14-cv-01758-SPL |
| Plaintiff, | |
| vs. | **ANSWER TO CROSSCLAIM** |
| Trak Surgical, Inc.; Hani Haider & Sheima Haider; Bruce Lichorowic & Linda Durnell, | |
| Defendants. | |
| Trak Surgical, Inc., | |
| Crossclaim Plaintiff, | |
| vs. | |
| Bruce Lichorowic, | |
| Crossclaim Defendant. | |

Crossclaim Defendant Bruce Lichorowic answers the Crossclaim by TRAK Surgical, Inc., as follows:

1. Mr. Lichorowic admits the allegations in Paragraph 1 of the Crosslaim Complaint.

2. Mr. Lichorowic admits the allegations in Paragraph 2 of the Crossclaim Complaint.

3. Mr. Lichorowic admits the allegations in Paragraph 3 of the Crossclaim Complaint.

4. Mr. Lichorowic admits the allegations in Paragraph 4 of the Crossclaim Complaint.

5. Mr. Lichorowic objects to the use of the phrase "early stage" because it is ambiguous but otherwise admits the allegations in Paragraph 5 of the Crossclaim Complaint.

6. Mr. Lichorowic objects to the use of the phrase "signature technology" because it is ambiguous but otherwise admits the allegations in Paragraph 6 of the Crossclaim Complaint.

7. Mr. Lichorowic lacks sufficient information to determine the truth of, and therefore, denies the allegations in Paragraph 7 of the Crossclaim Complaint.

8. Mr. Lichorowic objects to the ambiguous use of the phrase "at relevant times" but admits that Dr. Haider served as CEO of Trak at some times and otherwise admits the allegations in Paragraph 8 of the Crossclaim Complaint.

9. Mr. Lichorowic admits the allegations in Paragraph 9 of the Crossclaim Complaint.

10. Mr. Lichorowic admits the allegations in Paragraph 10 of the Crossclaim Complaint.

11. Mr. Lichorowic restates the response in Paragraph 8, above.

12. Mr. Lichorowic denies the allegations in Paragraph 12 of the Crossclaim Complaint.

13. Mr. Lichorowic denies the allegations in Paragraph 13 of the Crossclaim Complaint.

14. Mr. Lichorowic denies the allegations in Paragraph 14 of the Crossclaim Complaint.

15. Mr. Lichorowic denies the allegations in Paragraph 15 of the Crossclaim Complaint.

Gordon & Rees LLP
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003

16. Mr. Lichorowic admits the allegations in Paragraph 16 of the Crossclaim Complaint summarizing the allegations made by Ham Knee, Inc. in its Complaint, but reserves objection to such summary to the extent that it omits or misstates any of those allegations.

17. Mr. Lichorowic objects to the characterization of "misrepresentations" in Paragraph 17 of the Crossclaim Complaint and denies that he did not have authority to make the communications that he actually made to Ham Knee, Inc.

18. Mr. Lichorowic objects to the characterization of "misrepresentations" in Paragraph 18 of the Crossclaim Complaint and denies that he acted outside the scope of his employment and authority with Trak when he communicated with Ham Knee, Inc.

19. Mr. Lichorowic denies the allegations in Paragraph 19 of the Crossclaim Complaint.

20. Mr. Lichorowic denies the allegations in Paragraph 20 of the Crossclaim Complaint.

21. Mr. Lichorowic denies the allegations in Paragraph 21 of the Crossclaim Complaint.

22. Mr. Lichorowic denies the allegations in Paragraph 22 of the Crossclaim Complaint.

23. Mr. Lichorowic denies the allegations in Paragraph 23 of the Crossclaim Complaint.

## FIRST CROSSCLAIM

24. Mr. Lichorowic incorporates his answers to Paragraphs 1 through 23, as though set forth fully herein.

25. Mr. Lichorowic admits the allegations in Paragraph 25 of the Crossclaim Complaint.

26. Mr. Lichorowic denies the allegations in Paragraph 26 of the Crossclaim Complaint.

27. Mr. Lichorowic denies the allegations in Paragraph 27 of the Crossclaim Complaint.

28. Mr. Lichorowic denies the allegations in Paragraph 28 of the Crossclaim Complaint.

## SECOND CROSSCLAIM

29. Mr. Lichorowic incorporates his answers to Paragraphs 1 through 29, as though set forth fully herein.

30. See Response in Paragraph 16, above.

31. See Responses in Paragraphs 17 and 18, above.

32. Mr. Lichorowic denies the allegations in Paragraph 32 of the Crossclaim Complaint.

## THIRD CROSSCLAIM

33. Mr. Lichorowic incorporates his answers to Paragraphs 1 through 32, as though set forth fully herein.

34. Mr. Lichorowic denies the allegations in Paragraph 34 of the Crossclaim Complaint.

35. Mr. Lichorowic denies the allegations in Paragraph 35 of the Crossclaim Complaint.

## AFFIRMATIVE DEFENSES

36. Several liability/contributory fault by named parties.

37. Indemnity.

38. Waiver.

39. Estoppel.

40. Ratification.

41. Non-parties at fault.

## RELIEF REQUESTED

Crossclaim Defendant Lichorowic respectfully asks that the Court:

1. Enter judgment in favor of Mr. Lichorowic on all crossclaims stated;

2.    Award Mr. Lichorowic his reasonable attorney's fees pursuant to A.R.S. § 12-341.01 and costs pursuant to Rule 54(d).

DATED this 13th day of March 2015.

GORDON & REES LLP


By: *s/ Leon B. Silver*
Leon B. Silver
Andrew S. Jacob
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Attorneys for Crossclaim Defendant
Bruce Lichorowic

**Gordon & Rees LLP**
**111 W. Monroe Street, Suite 1600**
**Phoenix, AZ  85003**

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2015, I caused the foregoing document to be served by email to the addresses indicated below and I e-filed with the U.S. District Court for the District of Arizona by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dale S. Zeitlin
ZEITLIN & ZEITLIN, P.C.
5050 North 40th Street, Suite 330
Phoenix, AZ  85018
dale@zeitlinlaw.com
Attorneys for Plaintiff Ham Knee, LLC

Douglas H. Allsworth
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ  85253
Doug.Allsworth@kutakrock.com
Attorneys for Defendant Trak Surgical, Inc.

Brian C. Brescher
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102
Scottsdale, AZ  85253
Brian.Brescher@kutakrock.com
Attorneys for Defendant Trak Surgical, Inc.

                              *s/ Helena Lipski*