LODGED
RECEIVED ___ COPY
MAY 2 7 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HAM KNEE, LLC, an Arizona limited liability company | Case No. 2:14-CV-01758-spl |
| Plaintiff, | |
| vs. | CROSSCLAIM PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CROSSCLAIM AGAINST BRUCE LICHOROWIC |
| TRAK SURGICAL, INC., a Delaware corporation; HANI HAIDER and SHEIMA HAIDER, husband and wife; BRUCE LICHOROWIC and LINDA DURNELL, husband and wife | |
| Defendants. | |

COMES NOW, Crossclaim Plaintiff, Hani Haider, and pursuant to F.R.Civ.P. 41, hereby serves notice of Voluntary Dismissal of its Crossclaim against Bruce Lichorowic, without prejudice to the filing of a new action.

DATED this _22nd_ day of May, 2015.

HANI HAIDER

*/signature/*

Hani Haider
4428 N. 6th St.
Carter Lake, IA 51510

Hani and Sheima Hander
4428 N 6th. St.
Carter Lake, IA 51510

Clerk's Office
United States District Court
401 W. WASHINGTON ST, SPC-1
Phoenix, AZ 85003-2118

RECEIVED
MAY 27 2015
CLERK U S DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

OMAHA NE 680
23 MAY 2015 PM 1 L