DOUGLAS H. ALLSWORTH #017104
BRIAN C. BUESCHER *pro hac vice*
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ  85253-2738
(480) 429-5000
Facsimile: (480) 429-5001
doug.allsworth@kutakrock.com
brian.buescher@kutakrock.com

*Attorneys for Defendant, Trak Surgical, Inc.*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| HAM KNEE, LLC, an Arizona limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRAK SURGICAL, INC., a Delaware corporation, HANI HAIDER and SHEIMA HAIDER, husband and wife; BRUCE LICHOROWIC and LINDA DURNELL, husband and wife,<br><br>　　　　　Defendants. | CASE NO.:  2:14-cv-01758-SPL<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |
| TRAK SURGICAL, INC., a Delaware corporation,<br><br>　　　　　Crossclaim Plaintiff,<br><br>v.<br><br>BRUCE LICHOROWIC, an individual,<br><br>　　　　　Crossclaim Defendant. | |

　　　　Plaintiff Ham Knee, LLC ("Ham Knee") and Defendant/Crossclaim Plaintiff Trak Surgical, Inc. ("Trak"), and Crossclaim Defendant Bruce Lichorowic ("Lichorowic") (collectively the "Moving Parties"), through their counsel, hereby stipulate and jointly move the Court for entry of an order dismissing all claims in this matter without prejudice. Hani and Sheima Haider have been consulted regarding this motion and consent to the

4852-9792-5924.3

1 | dismissal of all claims in this action without prejudice.

2 |     WHEREFORE, the Moving Parties move for the dismissal of all claims in this
3 | matter without prejudice.

4 |     RESPECTFULLY submitted this 17th day of June, 2015.

5 |         Kutak Rock LLP

7 | By:  /s/  Brian C. Buescher
8 | Douglas H. Allsworth
   | Brian C. Buescher, pro hac vice
   | 8601 North Scottsdale Road, Suite 300
9 | Scottsdale, AZ  85253-2738

10 | *Attorneys for Defendant*
   | *Trak Surgical, Inc.*

13 | By:   /s/  Dale S. Zeitlin
   | Dale S. Zeitlin, Esq.
   | ZEITLIN & ZEITLIN, P.C.
14 | 5050 North 40th Street, Suite 330
   | Phoenix, AZ 85018
15 | dale@zeitlinlaw.com

17 | By:   /s/  Andrew S. Jacob
18 | Leon B. Silver
   | Andrew S. Jacob
19 | 111 W. Monroe Street, Suite 1600
   | Phoenix, AZ 85003

-2-

4852-9792-5924.3

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015, I electronically transmitted the foregoing **JOINT MOTION TO DISMISS WITHOUT PREJUDICE** to the Clerk's office using the CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants as follows:

Dale S. Zeitlin, Esq.
ZEITLIN & ZEITLIN, P.C.
5050 North 40th Street, Suite 330
Phoenix, AZ 85018
dale@zeitlinlaw.com

Leon B. Silver
Andrew S. Jacob
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003

and by U.S. First Class Mail to the following:

Hani Haider
4428 N 6th St.
Carter Lake, IA 51510

Sheima Haider
4428 N 6th St.
Carter Lake, IA 51510

By: /s/ Brian C. Buescher

-3-

4852-9792-5924.3